```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 13005
  MICHAEL TOUHY
  LORETTA TOUHY                               CHAPTER 13

                                              JUDGE: BRUCE W BLACK
         Debtor
  SSN XXX-XX-5535     SSN XXX-XX-0442

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/11/06 and confirmed on 01/10/07.

   2.  The case was dismissed after confirmation, 04/25/2008.

   3.  The Debtor paid a total of $  43410.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | 27746.17 | .00 | 27746.17 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | 3228.14 | .00 | .00 |
| HOMEQ SERVICING CORP | SECURED | 7484.47 | .00 | 7484.47 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | 881.62 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | 8325.00 | 418.98 | 2288.11 |
| CARMAX AUTO FINANCE | SECURED VEHIC | 6912.00 | 345.92 | 1960.14 |
| FIA CARD SERVICES | UNSECURED | 5560.91 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6200.33 | .00 | .00 |
| CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 211.40 | .00 | .00 |
| MARATHON | UNSECURED | 426.33 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| OAKBROOK SURGICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| KOPKO GENETOS RETSON | UNSECURED | 3367.00 | .00 | .00 |
| SST FAIRLANE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 525.00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1380.12 | .00 | .00 |
| PROVIDIAN | UNSECURED | 3346.92 | .00 | .00 |
| WELLS FARCO FINANCIAL IN | UNSECURED | 1094.28 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ANDREA MCCARTHY | CHILD SUPPORT | NOT FILED | .00 | .00 |
| CARMAX AUTO FINANCE | UNSECURED | 2987.36 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | UNSECURED | 1532.23 | .00 | .00 |

```
          Summary of disbursements:
------------------------------------------------------------------------
              SECURED    PRIORITY   UNSECURED    OTHER      TOTAL
------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED      54577.40            .00       26631.88            .00       81209.28
PRINCIPAL PAID          39478.89            .00            .00            .00       39478.89
INTEREST PAID             764.90            .00            .00            .00         764.90
TOTAL PAID              40243.79            .00            .00            .00       40243.79
```
The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   3000.00
and was paid $    1600.00   direct and $    1343.82   through the plan.

The Trustee received $    1822.39 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


     Dated: 07/21/08                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                                  PAGE   2
              CASE NO. 06 B 13005 MICHAEL TOUHY & LORETTA TOUHY